**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **ELIZABETH RODRIGUEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | **No. 1:15-CV-0181-P-BL** |
| | ) | |
| **STAN PARKER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

On March 28, 2016, the assigned Magistrate Judge issued a Report and Recommendation (doc. 40) in which he recommended that the Court grant Defendant Marc Thomas's Motion for Summary Judgment (doc. 20) and dismiss Plaintiff's claims asserted against him.  No party has filed any objection to the recommendation.  After reviewing the Report and Recommendation of the United States Magistrate Judge for plain error, the undersigned is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  Accordingly, the Court hereby **GRANTS** Defendant Marc Thomas's Motion for Summary Judgment (doc. 20) and **DISMISSES** Plaintiff's claims against him.  The Clerk of Court should note on the docket that Marc Thomas is no longer a defendant in this action.

**SIGNED this 20th day of April, 2016.**


_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**